## RHODE ISLAND INSTITUTE FOR LABOR STUDIES AND RESEARCH

v.

## John H. NORBERG, Tax Administrator.

### No. 82-563-M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Dennis J. Roberts, II, Atty. Gen., Susan McGuirl, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer, Taxation, Providence, for petitioner.

Lipsey & Skolnik, Ltd., Richard A. Skolnik, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted.

■

## Dennis J. ROBERTS II Attorney General

v.

## NARRAGANSETT ELECTRIC COMPANY.

### No. 82-549-M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Dennis J. Roberts, II, Atty. Gen., Carolyn A. Wexler, Sp. Asst. Atty. Gen., for petitioner.

Thomas G. Robinson, Samuel Huntington, Providence, for respondent.

## ORDER

This certiorari petition seeks review of a December 7, 1982 order of the Public Utilities Commission. The writ was automatically issued pursuant to § 39-5-2. After carefully examining the memoranda of the parties, we conclude that the commission's order herein was interlocutory and therefore not subject to immediate review.

Accordingly, the petition for writ of certiorari is denied and dismissed and the writ heretofore issued is quashed.

■

## Charles D. ZAYAT, Jr.

v.

## UNIONMUTUAL STOCK LIFE INSURANCE CO. OF AMERICA.

### No. 82-540-M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Hinckley & Allen, Michael G. Sarli, Providence, for petitioner.

Quinn, Cuzzone, Geremia & Pennacchia, John F. Cuzzone, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.